# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2014

Robert P. Young, Jr.,
Chief Justice

149061-2 & (43)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TALMER BANK & TRUST,
        Plaintiff-Appellee,

v

VRAJMOHAN C. PARIKH and SIVAJI
GUNDLAPPALLI,
        Defendants-Appellants.

SC: 149061
COA: 312632
Oakland CC: 2011-123327-CK

_____/

TALMER BANK & TRUST,
        Plaintiff-Appellee,

v

VRAJMOHAN C. PARIKH and SIVAJI
GUNDLAPPALLI,
        Defendants-Appellants.

SC: 149062
COA: 313122
Oakland CC: 2011-123328-CK

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the February 25, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment that relies upon the choice-of-law standard for tort actions set forth in *Sutherland v Kennington Truck Service, Ltd*, 454 Mich 274 (1997), which does not control the instant contractual dispute. In all other respects, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



t0910

Clerk